LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
VENNIE ABRAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                    ) | No. CR. S-10-211 FCD |
|         Plaintiff,                 ) | |
|                                    ) | WAIVER OF DEFENDANT |
|     v.                             ) | **VENNIE ABRAM'S** |
|                                    ) | PERSONAL PRESENCE |
| TERRY ROBERSON, et al.,            ) | |
|                                    ) | |
|         Defendants.                ) | |
| _____) | |

      Defendant, Vennie Abram, hereby waives the right to be in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant Abram hereby requests the Court to proceed during every absence of the defendant which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of defendant's attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial any day and hour the Court may fix in defendant's absence.

      Defendant Abram further acknowledges that defendant has been informed of defendant's rights under Title 18 U.S.C. Section 3161-3174 (Speedy Trial Act), and authorizes defendant's attorney to set times and delays under that Act without defendant being present.

- 1 -

| | | |
|---|---|---|
| 1 | DATED: June  26 , 2010 | I consent to the above waiver of presence. |
| 2 | | /s/ Vennie Abram |
| | | VENNIE ABRAM |
| 3 | | Defendant |

DATED: June  30 , 2010         I agree to the above waiver of presence.

 /s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Vennie Abram

DATED: July 8, 2010              I approve the above waiver of presence.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 2 -