LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone: (916) 482-4545
Facsimile:  (916) 482-4550
Email: tedmonlaw@comcast.net

Attorney for Defendant
VENNIE ABRAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>VENNIE ABRAM, )<br>)<br>Defendant. )<br>)<br>_____ ) | Cr. No. S-10-211 KJN<br><br>STIPULATION AND<br>ORDER RESETTING TIME FOR<br>JUDGMENT AND SENTENCING<br>RE: DEFENDANT VENNIE ABRAM<br><br>Date:  April 20, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Kendall J. Newman |

The United States of America, through Assistant U.S. Attorney Jared C. Dolan, and defendant Vennie Abram, through his counsel Scott L. Tedmon, hereby stipulate and agree as follows:

1. Judgment and sentencing in this case is currently set for April 20, 2011 at 2:00 p.m.

2. Scott L. Tedmon, counsel for defendant Vennie Abram, has a scheduling conflict with the time currently set for judgment and sentencing. Mr. Tedmon has conferred with AUSA Jared C. Dolan and Probation Officer Laura M. Weigel as to their availability for sentencing on April 20, 2011 at 10:00 a.m. Both Mr. Dolan and Ms. Weigel have confirmed they are available and have no objection to setting Mr. Abram's judgment and sentencing for April 20, 2011 at 10:00 a.m.

3. As such, the government and defense counsel stipulate it is appropriate to reset the judgment and sentencing for Mr. Abram to April 20, 2011 at 10:00 a.m. The Court's availability for

the judgment and sentencing on April 20, 2011 at 10:00 a.m. has been confirmed.

    4.   Accordingly, the parties request the Court reset Mr. Abram's judgment and sentencing for April 20, 2011 at 10:00 a.m.

    Finally, Scott L. Tedmon has been authorized by the government to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: April 19, 2011          BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Jared C. Dolan
                                    JARED C. DOLAN
                                    Assistant United States Attorney

DATED: April 19, 2011          LAW OFFICES OF SCOTT L. TEDMON

                                    /s/ Scott L. Tedmon
                                    SCOTT L. TEDMON
                                    Attorney for Vennie Abram

### **ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation;

IT IS ORDERED the judgment and sentencing for defendant Vennie Abram is reset to April 20, 2011, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: April 19, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE